William F. Jasmund, appellee, v. Haldame Cleminson, appellant. Gen. No. 37,652.

Opinion filed November 5, 1935.

Altheimer, Mayer, Woods & Smith, for appellant; A. B. Manion, of counsel. Donald P. Vail, for appellee; Louis H. Kohn, Jr., of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Vytauto Building and Loan Association, appellant, v. John J. Zolp et al., defendants. Anton Litwin and Agnes Litwin, appellees. Gen. No. 38,008.

Opinion filed November 5, 1935.

Clarence T. Morse, for appellant. Cochrane & George, for appellees.

Mr. Justice Sullivan delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Burrell J. Cramer and Mamie I. Cramer, appellants. Gen. No. 38,029.

Opinion filed November 5, 1935.

Burrell J. Cramer, *pro se*, and as attorney for Mamie I. Cramer. Joseph A. Struett, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

St. Paul Fire and Marine Insurance Company, appellant, v. Patriotic Insurance Company of America, appellee. Gen. No. 38,047.

Opinion filed November 5, 1935.

J. B. Luse, for appellant. Hicks & Folonie, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

Josephine Guza, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 38,171.

Opinion filed November 5, 1935.